**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

| | |
|---|---|
| In re:<br><br>JENNIFER K. MARTIN,<br><br>Debtor. | CASE NO. 09-61944<br><br>CHAPTER 7 |

| | |
|---|---|
| JENNIFER K. MARTIN,<br><br>Movant,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>Respondent. | MOTION NO. 1 |

**NOTICE OF WITHDRAWAL OF
MOTION FOR CONTEMPT OR OTHER RELIEF FOR NONCOMPLIANCE
WITH ORDER STAYING LEVY OR GARNISHMENT**

Debtor Jennifer K. Martin, by counsel, hereby gives notice that she withdraws her Motion for Contempt or Other Relief directed to Capital One Bank (USA), N.A., filed previously herein.

**CERTIFICATE OF SERVICE**

Copies hereof are directed by email through the CM/ECF system to the Chapter 7 Trustee and, in addition, by mail Capital One Bank (USA), N.A., c/o Josh Moger and Hope King, 15000 Capital One Drive, Attn: 12077-0370, Richmond, VA 23238.

DATE: November 17, 2009

    Respectfully submitted,

    JENNIFER K. MARTIN,

    By counsel.

      /s/ C. Lamar Garren
C. Lamar Garren, VSB # 38491
Scott Kroner, PLC
418 East Water St.
Charlottesville, VA 22902
(434) 296-2161
Fax: (434) 293-2073
Email: clgarren@scottkroner.com

      Counsel for Debtor